OPINION — AG — THAT THE FACTS STATED BY YOU WOULD BE A VIOLATION OF 37 O.S. 1961 211 [37-211] BY THIS ACTIVITY BEING ON THE SAME "PREMISES" AND LIKEWISE WOULD BE A VIOLATION OF 37 O.S. 1961 214 [37-214] PRESUMING BEVERAGES ARE SOLD FOR CONSUMPTION ON THE PREMISES, FOR UNDER YOUR FACTS IT WOULD BE WITHIN 1000 FEET OF WHERE BEVERAGES ARE SOLD AND IT WOULD NOT BE MATERIAL THAT THE "BEER PORTION OF THE BOWLING ALLEY WAS CLOSED ON THE ONE OR TWO NIGHTS A WEEK THAT DANCES ARE HELD." (JACK SWIDENSKY)